UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLER FINANCIAL LEASING, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LTX CORPORATION ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: <br> 04-12578-MLW |

NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and in compliance with Local Rule 5.1(a)(1), please enter the appearance of Ian Crawford on behalf of the Defendant LTX Corporation in the above-captioned action.

        Respectfully submitted,

        LTX CORPORATION

        By its attorney,

        /s/ Ian Crawford
        Ian Crawford (BBO#544475)
        Todd & Weld LLP
        28 State Street
        Boston, MA  02109
        (617) 720-2626

DATED:  December 16, 2004