AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

Heller Financial Leasing, Inc.,
                Plaintiff

v.

LTX Corporation,
                Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 125  MLW

TO: (Name and address of Defendant)

    LTX Corporation
    University Avenue
    Westwood, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    C. Dylan Sanders, Esq.
    Piper Rudnick LLP
    One International Place, 21st Floor
    100 Oliver Street
    Boston, MA  02110-2613

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 9 2004
DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | December 15, 2004 |
|---|---|---|
| NAME OF SERVER  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  MS. LEANNE HARRINGTON, RECEPTIONIST AND
Duly Authorized Agent for the within-named  LTX CORPORATION
Said service was made at:
145 UNIVERSITY AVENUE, WESTWOOD , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 35.00 | Trips | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___December 15, 2004___
                    Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            **One Devonshire Place**        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**            Fax #       (617) 720-5737