UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLER FINANCIAL LEASING, INC.<br><br>    Plaintiff,<br><br>v.<br><br>LTX CORPORATION<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.:<br>)   04-12578-MLW<br>)<br>)<br>)<br>)<br>) |

DEFENDANT LTX CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(a), the defendant LTX Corporation discloses the following:

1. LTX Corporation has no parent corporation.

2. No publicly held corporation owns 10% or more of its stock.

                                LTX CORPORATION

                                By its attorney,


                                /s/ Ian Crawford
                                Ian Crawford (BBO#544475)
                                Todd & Weld LLP
                                28 State Street
                                Boston, MA  02109
                                (617) 720-2626

DATED: January 10, 2005