UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLER FINANCIAL LEASING, INC., <br><br>    Plaintiff, <br><br> v. <br><br> LTX CORPORATION, <br><br>    Defendant. | CIVIL ACTION NO. 04-12578-MLW |

CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF HELLER FINANCIAL LEASING INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Heller Financial Leasing Inc. ("HFL") makes the following disclosures:

Parent Corporation:  General Electric Capital Corporation.

Publicly Held Companies Owning 10 % or more of HFL's stock:  None.

                                              HELLER FINANCIAL LEASING, INC.,
                                              By its attorneys,

                                              /s/ Dylan Sanders
                                              C. Dylan Sanders (BBO #630668)

                                              DLA PIPER RUDNICK GRAY CARY US LLP
                                              One International Place, 21st Floor
                                              100 Oliver Street
                                              Boston, MA  02110-2600
                                              (617) 406-6000 (telephone)
                                              (617) 406-6100 (fax)

Dated:  January 14, 2005