UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLER FINANCIAL LEASING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LTX CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 04-12578-MLW |

PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, plaintiff Heller Financial Leasing, Inc. ("HFL") moves this Court to dismiss the counterclaims of defendant LTX Corporation. In support of this Motion to Dismiss, HFL relies on the arguments and authorities set forth in an accompanying Memorandum of Law, filed herewith.

REQUEST FOR ORAL ARGUMENT

HFL respectfully requests oral argument on this Motion.

HELLER FINANCIAL LEASING, INC.

By its attorneys,

/s/ Dylan Sanders
C. Dylan Sanders (BBO #630668)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6016 (telephone)
(617) 406-6116 (fax)

Dated: January 14, 2005

CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

      I hereby certify that I have conferred with counsel for defendant LTX Corporation in a good-faith attempt to resolve or narrow the issues presented in the foregoing Motion to Dismiss.

      /s/ Dylan Sanders
      C. Dylan Sanders (BBO # 630668)