UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
HELLER FINANCIAL LEASING, INC.      )
                                    )
        Plaintiff,                  )
                                    )    CIVIL ACTION NO.:
v.                                  )    04-12578-MLW
                                    )
LTX CORPORATION                     )
                                    )
        Defendant.                  )
_____)

**ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANT TO OPPOSE
PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

Defendant LTX Corporation ("LTX") hereby seeks leave to extend by ten (10) days the time it has to oppose *Plaintiff's Motion to Dismiss Defendant's Counterclaims*, dated January 14, 2005, such that LTX may serve its opposition on or before February 7, 2005. Allowance of this motion will not prejudice the plaintiff in this action as witnessed by the assent of its counsel hereto.

| Respectfully submitted, | ASSENTED TO: |
|---|---|
| LTX CORPORATION | HELLER FINANCIAL LEASING, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Ian Crawford | /s/ Dylan Sanders |
| Ian Crawford (BBO#544475) | C. Dylan Sanders (BB) #630668) |
| Todd & Weld LLP | DLA Piper Rudnick Gray Cary US LLP |
| 28 State Street | One International Place |
| Boston, MA 02109 | 100 Oliver Street |
| (617) 720-2626 | Boston, MA 02110-2613 |
| | (617) 406-6016 (telephone) |
| | (617) 406-6116 (fax) |

DATED: January 28, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand-on electronically 01/28/05