UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLER FINANCIAL LEASING, INC.<br><br>Plaintiff,<br><br>v.<br><br>LTX CORPORATION<br><br>Defendant. | CIVIL ACTION NO.:<br>04-12578-MLW |

**ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANT TO OPPOSE PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

Defendant LTX Corporation ("LTX") hereby seeks leave to extend by an additional ten (10) days the time it has to oppose *Plaintiff's Motion to Dismiss Defendant's Counterclaims*, dated January 14, 2005, such that LTX may serve its opposition on or before February 18, 2005. Allowance of this motion will not prejudice the plaintiff in this action as witnessed by the assent of its counsel hereto.

Respectfully submitted,

LTX CORPORATION

By its attorneys,

/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

DATED: February 8, 2005

ASSENTED TO:

HELLER FINANCIAL LEASING, INC.

By its attorneys,

/s/ Dylan Sanders
C. Dylan Sanders (BB) #630668)
DLA Piper Rudnick Gray Cary US LLP
One International Place
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6016 (telephone)
(617) 406-6116 (fax)

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 02/08/05
electronically