UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HELLER FINANCIAL LEASING, INC. <br><br> Plaintiff, <br><br> v. <br><br> LTX CORPORATION <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: <br> ) 04-12578-MLW <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Heller Financial Leasing, Inc. and Defendant LTX Corporation, being all of the parties to this action, hereby stipulate that this action be dismissed in its entirety with prejudice, with each party bearing its own costs and waving all rights of appeal.

Respectfully submitted,

| LTX CORPORATION | HELLER FINANCIAL LEASING, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ | /s/ |
| Ian Crawford (BBO#544475) <br> Todd & Weld LLP <br> 28 State Street <br> Boston, MA  02109 <br> (617) 720-2626 | C. Dylan Sanders (BBO #630668) <br> DLA Piper Rudnick Gray Cary US LLP <br> One International Place <br> 100 Oliver Street <br> Boston, MA 02110-2613 <br> (617) 406-6016 (telephone) <br> (617) 406-6116 (fax) |

DATED:  March 7, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 3/7/05

Ian Crawford